BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
PETER WILLIAMS
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2724



FILED

FEB 8 2010



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ISA CHICAGO WHOLESALE,<br><br>　　　　Defendant. | CR. NO. S-09-392 EJG<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING STATUS<br>CONFERENCE<br><br>Date: 02/05/10<br>Time: 10:00 a.m.<br>Court: Courtroom 8 |

　　IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Assistant United States Attorney R. Steven Lapham, and defendant ISA CHICAGO WHOLESALE, through its undersigned counsel Jay L. Kanzler, that the status conference presently set for February 5, 2010 be continued to **February 19, 2010.**

　　This continuance is necessary because defendant Muhammad Inayat, the president of ISA CHICAGO WHOLESALE, has yet to obtain a visa so that he may return to the United States for the purpose of entering guilty pleas on behalf of himself and ISA CHICAGO WHOLESALE. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public

1

and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A), and that time may therefore be exluded from the computations of the Speedy Trial Act from February 5, 2010 through and including February 19, 2010.

IT IS SO STIPULATED.

Dated: February 4, 2010          /s/ Jay L. Kanzler
                                 JAY L. KANZLER
                                 Attorney for Defendant
                                 ISA Chicago Wholesale


Dated: February 4, 2010          BENJAMIN B. WAGNER
                                 United States Attorney


                            by:  /s/ R. Steven Lapham
                                 R. STEVEN LAPHAM
                                 Assistant U.S. Attorney


                            O R D E R

IT IS SO ORDERED.

Dated: 2/5/10                    _____
                                 Edward J. Garcia
                                 Senior United States District Judge

2