BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
PETER WILLIAMS
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2724

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>            Plaintiff,           )<br>                                  )<br>     v.                          )<br>                                  )<br>ISA CHICAGO WHOLESALE,            )<br>                                  )<br>            Defendant.            )<br>_____) | CR. NO. S-09-392 EJG<br><br>STIPULATION AND<br>ORDER CONTINUING STATUS<br>CONFERENCE<br><br>Date: 02/19/10<br>Time: 10:00 a.m.<br>Court: Courtroom 8 |

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Assistant United States Attorney R. Steven Lapham, and defendant ISA CHICAGO WHOLESALE, through its undersigned counsel Jay L. Kanzler, that the status conference presently set for February 19, 2010 be continued to **February 26, 2010**.

   This continuance is necessary because defendant Muhammad Inayat, the president of ISA CHICAGO WHOLESALE, has yet to obtain a visa so that he may return to the United States for the purpose of entering guilty pleas on behalf of himself and ISA CHICAGO WHOLESALE. The parties stipulate and agree that the interests of justice served by

1

granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A), and that time may therefore be exluded from the computations of the Speedy Trial Act from February 19, 2010 through and including February 26, 2010.

IT IS SO STIPULATED.

Dated: February 19, 2010          /s/ Jay L. Kanzler
                                  JAY L. KANZLER
                                  Attorney for Defendant
                                   ISA Chicago Wholesale


Dated: February 4, 2010           BENJAMIN B. WAGNER
                                  United States Attorney

                              by: /s/ R. Steven Lapham
                                  R. STEVEN LAPHAM
                                  Assistant U.S. Attorney


O R D E R

IT IS SO ORDERED.

Dated: February 19, 2010          /s/ Edward J. Garcia
                                  Edward J. Garcia
                                  Senior United States District Judge