UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                        RE:    **ISA CHICAGO WHOLESALE**
                                **Docket Number:   2:09CR00392-01**
                                **CONTINUANCE OF JUDGMENT**
                                **AND SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from August 6, 2010, to November 19, 2010, at 10:00 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** The undersigned officer has yet to receive relevant documentation regarding the defendant. Such information should be received upon interviewing the co-defendant, Muhammad Inayat, the president of the company. The undersigned anticipates this interview will occur sometime during the first week of August. Mr. Inayat has continued to be unavailable due to personal family matters and his immigration status. It is hoped the new sentencing date will allow sufficient time to complete the investigation and prepare the report for the Court.

**RE:     ISA Chicago Wholesale
        Docket Number:   2:09CR00392-01
        CONTINUANCE OF JUDGMENT AND SENTENCING**

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

/s/
**LINDA O. DILLON
United States Probation Officer**

**REVIEWED BY:**   /s/
**Jeffrey C. Oestreicher
Supervising United States Probation Officer**

Dated:     August 2, 2010
           Sacramento, California
           LOD/sda

Attachment
cc:    Clerk, United States District Court
       United States Attorney's Office
       United States Marshal's Office
       Federal Defender (If defense counsel is court-appointed)
       Probation Office Calendar clerk


 XX    **Approved**        /s/ Edward J. Garcia c                              8/2/10
                           **EDWARD J. GARCIA
                           Senior United States District Judge          Date**
       **Disapproved**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Docket Number: 2:09CR00392-01 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| **ISA CHICAGO WHOLESALE** | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 11/19/2010 |
| Reply, or Statement of Non-Opposition: | 11/12/2010 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 11/05/2010 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 10/29/2010 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 10/22/2010 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 10/08/2010 |