UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


Honorable William B. Shubb
United States District Judge
Sacramento, California

                RE:  ISA Chicago Wholesale
                       Docket Number:  2:09CR00392-001
                       **REQUEST FOR AMENDED J&C**

Your Honor:

The defendant was sentenced to 60 months probation on March 17, 2014.  Subsequent to sentencing and the issuance of the J&C Order, a mistake was discovered in the Victim Information section on Page 4.  The mistake consists of the specific account information for the Payee, the State of California Board of Equalization.  The restitution amount is correct.

The Judgment and Commitment Order should be changed to reflect the Payee information as follows:

                Board of Equalization
                Excise Taxes Division
                Post Office Box 942879
                Sacramento, California 94279-6069
                RE: ISA Chicago Wholesale
                Account Number 50-004419

All else on the order should remain the same.

RE: ISA Chicago Wholesale
Docket Number: 2:09CR00392-001
**REQUEST FOR AMENDED J&C**

Respectfully submitted,

/s/ Jeffrey C. Oestreicher
Jeffrey C. Oestreicher
Supervising U.S. Probation Officer

Dated: May 19, 2014
Sacramento, California

## ORDER OF THE COURT

☒ Approved   ☐ Disapproved

Dated: May 22, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Attachment(s)

cc: Michael Anderson
Assistant United States Attorney

Jay L. Kanzler
Defense Counsel

- 2 -

REV.  03/2014
MEMO_COURT W ORDER.DOTX